**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-12-027 |
| | § § § | |
| BERNARD ZACHARIA ALBINA | § | |

**O R D E R**

Defendant Bernard Albina's motion to revoke the Magistrate Court's detention order is set for a hearing on **March 20, 2012, at 10:00 a.m.**, in Courtroom 11-B.

SIGNED on March 12, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge