## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-12-027 |
| | § § § | |
| BERNARD ZACHARIA ALBINA | § | |

### ORDER ON DEFENDANT'S MOTION TO TRANSFER FACILITY

Defendant Bernard Albina's Motion to Transfer from Joe Corley Detention Center to FDC Houston is granted.

SIGNED on March 20, 2012, at Houston, Texas.

                                                          Lee H. Rosenthal
                                        United States District Judge