# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-12-027 |
| | § § § | |
| BERNARD ZACHARIA ALBINA | § | |

# O R D E R

The defendant filed an unopposed motion for continuance, (Docket Entry No. 32). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | July 13, 2012 |
| Responses are to be filed by: | July 27, 2012 |
| Pretrial conference is reset to: | **August 6, 2012 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **August 13, 2012 at 9:00 a.m.** |

SIGNED on May 7, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge